

# Fourth Court of Appeals
## San Antonio, Texas

August 2, 2017

No. 04-17-00188-CV

**IN RE: THE COMMITMENT OF RICHARD P. BARNES,**

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI08424
Honorable Jefferson Moore, Judge Presiding

# O R D E R

Debra Doolittle's notification of late record is hereby noted. The reporter's record is due August 15, 2017. No further extensions of time will be considered absent extraordinary circumstances.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of August, 2017.

_____
Luz Estrada
Chief Deputy Clerk